# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER SEILER,**

        Petitioner,

   -vs-                                    **Case No. 12-C-262**

**WILLIAM POLLARD, Warden,**
**Waupun Correctional Institution,**

        Respondent.

## DECISION AND ORDER

Christopher Seiler moves to reconsider the Court's denial of his petition for a writ of habeas corpus. Seiler's motion was filed within 28 days of the entry of judgment, so it is properly construed as a motion under Federal Rule of Civil Procedure 59(e) and therefore not a second or successive motion. *Curry v. United States*, 307 F.3d 664, 666 (7th Cir. 2002); *Howard v. United States*, 533 F.3d 472, 474 (6th Cir. 2008). Seiler fails to establish that there was a manifest error of law or fact. *Harrington v. City of Chi.*, 433 F.3d 542, 546 (7th Cir. 2006). Seiler also moves to reconsider the Court's refusal to issue a certificate of appealability; as before, the Court concludes that there has not been a substantial showing of the deprivation of a constitutional right.

Seiler's motions to reconsider [ECF Nos. 21, 22] are **DENIED**.

Dated at Milwaukee, Wisconsin, this 15th day of May, 2013.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**